IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Severo De La Cruz, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv965 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Warren County Jail, et al, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 29, 2016 (Doc. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 16, 2016, hereby ADOPTS said Report and Recommendation.

The mail was returned as undeliverable for both the deficiency order (Doc. 2) and a copy of the Report and Recommendation (Doc. 3).

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

   s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court